**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 24-110 (BAH)** |
| **v.** : | |
| : | |
| **ROBERT WALTER JONES,** : | |
| : | |
| **KAREN JANE JONES,** : | |
| : | |
| **Defendants.** : | |

## JOINT STATUS REPORT IN RESPONSE TO THE COURT'S APRIL 18, 2024 MINUTE ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the Court's Minute Order (April 18, 2024) directing the parties to submit a joint report addressing their positions on resolutions and trial dates. The parties jointly request a 30-day continuance of the currently scheduled April 26, 2024 status conference for the reasons set forth below.

On March 28, 2024, the government provided a finalized offer letter and statement of facts to the defendants for review. The parties have met and conferred about the offer and at this time the defendants would like additional time for review and negotiation. Both parties foresee the matter resolving and do not believe a trial in this matter will be necessary. The parties anticipate reaching a resolution and requesting a change of plea date within the next 30 days. Based on the current posture of the case, and in the interests of conserving the Court's time and resources, the parties jointly request a continuance of approximately 30 days on the scheduled status hearing.

If the Court grants the continuance, the parties agree to exclude time under the Speedy Trial Act through the date of the next hearing based on the reasons contained herein.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  /s/ *Allison K. Ethen*
Allison K. Ethen
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email:  Allison.ethen@usdoj.gov
Phone: 612-664-5575


By:  */s/    Robert Sanger*
Robert Sanger
Attorney for Defendants
222 East Carrillo Street, 300
Santa Barbara, CA 93101
Email: rsanger@sangerlawfirm.com
Phone: 805-962-4887

## **CERTIFICATE OF SERVICE**

On this 24th day of April 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Allison K. Ethen*
Allison K. Ethen
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email:  Allison.ethen@usdoj.gov
Phone: 612-664-5575