UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 24-110 (BAH) |
| v. : | |
| : | |
| ROBERT WALTER JONES, : | |
| : | |
| KAREN JANE JONES, : | |
| : | |
| Defendants. : | |

## JOINT REQUEST FOR CHANGE OF PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, jointly with Robert Sanger, Esq., attorney for the defendants, hereby move the Court to strike the next status conference date of May 31, 2024, and for a change of plea hearing to be set in this matter. The basis for this request is that the parties have reached an agreement as to the plea and statement of facts.

The defendants anticipate pleading guilty to misdemeanor charges. Pursuant to Federal Rule of Criminal Procedure 43(b)(2), the defendants respectfully request the Court permit taking of the plea via video teleconferencing. The government does not object.

If the Court allows the plea via video teleconferencing, the government respectfully requests the Court's permission to share the video teleconferencing link with the investigator in this matter so that he may attend the plea hearing.

If the Court grants the request, and the date is extended past May 31, 2024, the parties agree to exclude time under the Speedy Trial Act through the date of the next hearing based on the reasons contained herein.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: /s/ *Allison K. Ethen*
Allison K. Ethen
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email: Allison.ethen@usdoj.gov
Phone: 612-664-5575


By: */s/    Robert Sanger*
Robert Sanger
Attorney for Defendants
222 East Carrillo Street, 300
Santa Barbara, CA 93101
Email: rsanger@sangerlawfirm.com
Phone: 805-962-4887

## CERTIFICATE OF SERVICE

On this 22nd day of May 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Allison K. Ethen*
Allison K. Ethen
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email:  Allison.ethen@usdoj.gov
Phone: 612-664-5575